```
                                        FILED
                                   Oct 16  2 13 PM '03
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | No. 3:01 CV 146(JBA) |
| ) | |
| STATE OF CONNECTICUT, ET AL ) | |
| ) | |
| *Defendant.* ) | |
| ) | OCTOBER 15, 2003 |

### PLAINTIFF'S THIRD MOTION TO AMEND AND ENLARGE SCHEDULING ORDER

The plaintiff with the concurrence of the defendant in the above captioned matter hereby moves this Court to amend the Amended Schedule by forty-five (45) days for the reasons which follow (See proposed Third Amended Scheduling Order):

1. The Court, on September 2nd, issued an Amended Scheduling Order.

2. Said order mandated that "Phase One" discovery was to be completed by October 1, 2003.

3. As a result of said order, depositions of various governmental officials in Washington, D.C. were taken in late September.

4. As a result of information gleaned from said depositions, <u>both sides</u> would like to conduct further depositions and discovery of government officials in Boston, Massachusetts, which could help resolve or clarify certain facts in issue; thus the extension would be necessary.

5. Counsel for the State joins in this motion for enlargement, as long as it is consistent through the entire scheduling order. Said depositions may help facilitate this matter.

6. Neither side would be prejudiced by such a minor delay.

Wherefore, it is so moved.

PLAINTIFF, COMMUNITY HEALTH CENTER

By /s/ Richard R. Brown
Richard R. Brown
Brown, Paindiris & Scott
100 Pearl Street
Hartford, CT 06103
Tel: 860-522-3343
Fax: 860-522-2490
Fed Bar No. ct00009

## CERTIFICATION

This is to certify that on the 15th day of October, 2003, a copy of the foregoing was forwarded to all parties of record, including:

Thomas Ring, AAG
Office of Attorney General
P.O. Box 120
Hartford, CT 06141-0120

James L. Feldesman, Esq.
Feldesman, Tucker, Leifer, Eidell and Bank, LLP
2001 L Street, N.W.
Washington, D.C. 20036

_____
Richard R. Brown, Esq.