UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC., | ) |
| *Plaintiff,* | ) |
| v. | ) No. 3:01 CV 146(JBA) |
| STATE OF CONNECTICUT, ET AL | ) |
| *Defendant.* | ) |
| | ) OCTOBER 15, 2003 |

### PLAINTIFF'S THIRD MOTION TO AMEND AND ENLARGE SCHEDULING ORDER

The plaintiff with the concurrence of the defendant in the above captioned matter hereby moves this Court to amend the Amended Schedule by forty-five (45) days for the reasons which follow (See proposed Third Amended Scheduling Order):

1. The Court, on September 2nd, issued an Amended Scheduling Order.

2. Said order mandated that "Phase One" discovery was to be completed by October 1, 2003.

3. As a result of said order, depositions of various governmental officials in Washington, D.C. were taken in late September.

BROWN PAINDIRIS & SCOTT, LLP – ATTORNEYS AT LAW
100 PEARL STREET – HARTFORD, CONNECTICUT 06103 – (860) 522-3343 – JURIS NO. 20767