# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

COMMUNITY HEALTH CENTER, INC., )
)
    *Plaintiff*, )
v. )  No. 3:01 CV 146(JBA)
)
STATE OF CONNECTICUT, ET AL )
)
    *Defendant*. )
) OCTOBER 15, 2003

## ~~PROPOSED~~ THIRD AMENDED SCHEDULING ORDER

Motion for Continuance of Dates in the September 2, 2003 Scheduling Order (doc. #79) is GRANTED, as follows:

1. Phase One (as detailed on the record 4/10/03) discovery will be completed by November 15, 2003.

2. Cross-Motions for Summary Judgment will be filed by 12/15/03; opposition will be filed 1/5/04; any replies will be filed 1/19/04.

Phase II discovery will await ruling on summary judgment.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, CT: 10/22/03