UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COMMUNITY HEALTH CENTER, INC., ET AL. | : | Lead Docket No. 3:01cv146 (JBA) |
| *Plaintiffs* | : | U.S.D.C./ New Haven |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, ET AL. | : | |
| *Defendant* | : | November 7, 2003 |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to F.R.C.P. 45 (c)(2)(B), the defendant Patricia Wilson-Coker, Commissioner of the State of Connecticut Department of Social Services, moves for an order compelling the United States Department of Health and Human Services, Centers for Medicare and Medicaid Services (CMS) to produce documents responsive to a subpoena served upon CMS by the defendant. The defendant seeks the production of seventeen (17) documents identified in a privilege log produced by CMS and acknowledged by CMS as responsive to the defendant's subpoena. These documents are listed on page four of the CMS privilege log, beginning with Bates number 000251 and ending with Bates number 00063 (a copy of the privilege log and cover letter are attached to the defendant's Memorandum in support of this motion).

CMS has failed to establish that the privilege it has invoked, i.e., the deliberative process privilege, applies to the documents it has withheld. For that reason, and as further articulated in the accompanying Memorandum, the defendant moves for an order compelling CMS to produce

documents which it has acknowledged as responsive to the defendant's subpoena.

        DEFENDANT

        PATRICIA WILSON-COKER,
        COMMISSIONER, STATE OF
        CONNECTICUT, DEPARTMENT OF
        SOCIAL SERVICES

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
        Thomas J. Ring
        Assistant Attorney General
        Federal Bar No. ct08293
        55 Elm Street
        P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5210
        Fax: (860) 808-5385
        Thomas.Ring@po.state.ct.us

# **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion to Compel Production of Documents was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 7th day of November, 2003, first class postage prepaid to:

Attorney Richard R. Brown
Brown, Paindiris & Scott
100 Pearl Street
Hartford, CT 06103

Attorney James L. Feldesman
Feldesman, Tucker, Leifer, Eidell and Bank, LLP
2001 L Street, N.W.
Washington, D.C. 20036

Attorney Paul E. Soeffing
Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and
Medicaid Services Division
C2-05-23 Central Building
7500 Security Boulevard
Baltimore, MD 21244-1850

_____
Thomas J. Ring
Assistant Attorney General