UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COMMUNITY HEALTH CENTER, INC., ET AL. | : | Lead Docket No. 3:01cv146 (JBA) |
| *Plaintiffs* | : | U.S.D.C./ New Haven |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, ET AL. | : | |
| *Defendant* | : | November 7, 2003 |

**DEFENDANT'S MOTION TO AMEND
AND ENLARGE SCHEDULING ORDER**

The defendant with the concurrence of the plaintiff in the above captioned matter hereby moves this Court to amend the current Scheduling Order, entered on October 22, 2003, until thirty (30) days after either the production of all documents ordered by the Court if the defendant's pending Motion to Compel is granted in whole or part, or the denial of the defendant's Motion to Compel. This is the fourth request by one or both parties to amend the scheduling order. The parties previously filed two joint motions and the plaintiff filed one unopposed motion. The current request is being made for the following reasons:

1. As a result of information obtained during depositions held in this case at the CMS central office in Baltimore, Maryland on September 25, 2003, the parties concluded it was necessary to conduct further discovery at the CMS regional offices in Boston, Massachusetts. For that reason, the parties filed a Third Motion to Amend and Enlarge Scheduling Order, dated October 15, 2003, seeking to extend the Phase I discovery period until November 15, 2003. This Court granted that motion and a deposition was held in Boston on October 22, 2003.

2. After the parties had filed the third motion to amend, CMS provided the parties with additional documents responsive to subpoenas which had been issued in May, 2003 and

responded to in August, 2003.  CMS also provided a privilege log for documents being withheld on the basis of a claimed deliberative process privilege.

    3.  In an October 21, 2003 telephone conversation with defendant's counsel, Attorney Paul Soeffing, counsel for CMS, indicated that subsequent to the September depositions, a SMC staff member found additional documents responsive to the parties' subpoenas.  According to CMS' counsel, the last seventeen documents listed on page four of the privilege log relate to the defendant's subpoena.

    4.  Having reviewed the CMS privilege log, the defendant has, concurrent with the filing of this Motion, filed a Motion to Compel Production of Documents, seeking an order compelling CMS to produce the seventeen documents that are responsive to the defendant's subpoena and are being withheld on the basis of a claimed deliberative process privilege.

    5.  Having been previously unaware of the existence of these responsive documents, the defendant had no prior opportunity to seek an order compelling their production or to factor them into any request relating to the scheduling order.

    The defendant respectfully submits that the need to resolve the pending issue concerning production of these recently disclosed documents warrants an extension of the Phase I discovery period and the time within which Cross-Motions for Summary Judgment must be filed.  The defendant has attached a proposed Fourth Amended Scheduling Order to this

Motion.

                                          DEFENDANT

                                          PATRICIA WILSON-COKER, COMMISSIONER, STATE OF CONNECTICUT, DEPARTMENT OF SOCIAL SERV ICES

                                          RICHARD BLUMENTHAL ATTORNEY GENERAL

BY: _____
Thomas J. Ring
Assistant Attorney General
Federal Bar No. ct08293
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
Thomas.Ring@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 7th day of November, 2003 to:

Attorney Richard R. Brown
Brown, Paindiris & Scott
100 Pearl Street
Hartford, CT 06103

Attorney James L. Feldesman
Feldesman, Tucker, Leifer, Eidell and Bank, LLP
2001 L Street, N.W.
Washington, D.C. 20036

Attorney Paul E. Soeffing
Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and
Medicaid Services Division
C2-05-23 Central Building
7500 Security Boulevard
Baltimore, MD 21244-1850

_____
Thomas J. Ring
Assistant Attorney General

2