UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COMMUNITY HEALTH CENTER, INC. ET AL. | : : | |
| PLAINTIFFS | : : | LEAD DOCKET 3:01CV146 (JBA) |
| v. | : : | |
| STATE OF CONNECTICUT, ET AL., | : : | |
| DEFENDANT. | : | NOVEMBER 28, 2003 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Please enter my appearance on behalf of the United States Department of Health and Human Services, Centers for Medicaid and Medicare Services, interested non-party, in the above-captioned action.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    LAUREN M. NASH, ct01705
    ASSISTANT U.S. ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT  06508
    (203) 821-3700

<u>CERTIFICATION</u>

This is to certify that a copy of the within and foregoing has been mailed, postage prepaid, on this 28th day of November, 2003, to:

Thomas J. Ring
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

James L. Feldesman, Esq.
Jennifer B. Pennington, Esq.
Feldesman, Tucker, Leifer, Fidell & Bank LLP
2001 L St., NW
Second Floor
Washington, DC 20036

Richard R. Brown, Esq.
Steven William Varney, Esq.
Brown, Paindiris & Scott
100 Pearl St., Ste 1100
Hartford, CT 06103

Everett E. Newton, Esq.
Louis B. Todisco, Esq.
Marilyn Beth Fagelson, Esq.
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469

_____
LAUREN M. NASH
ASSISTANT U.S. ATTORNEY