UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COMMUNITY HEALTH CENTER, INC. ET AL. | : : | |
| PLAINTIFFS | : : | LEAD DOCKET 3:01CV146 (JBA) |
| v. | : : | |
| STATE OF CONNECTICUT, ET AL., | : : | |
| DEFENDANT. | : | NOVEMBER 28, 2003 |

## INITIAL MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the United States Department of Health and Human Services, Centers for Medicaid and Medicare Services (HHS) hereby respectfully requests an extension of time within which to file a memorandum in opposition to the motion of the Defendant, Patricia Wilson-Coker, to compel production of documents.  Defendant filed this motion on November 10, 2003, and a responsive is due on December 1, 2003.  Undersigned counsel requests an extension of thirty (30) days, or until January 1, 2004.

The Defendant's motion to compel is directed at HHS and concerns documents withheld by HHS, a non-party to this action, on the basis of privilege.  The discovery involving HHS was handled by HHS Office of General Counsel in Baltimore, Maryland.  Now that a discovery dispute has arisen and a motion to compel has been filed, the matter has been referred to the United States Attorney's Office.  Undersigned counsel, newly assigned this motion, requires additional time to become familiar with the discovery disputes at issue and to frame an appropriate response.

This is the first motion to extend this time limitation. Thomas J. Ring, counsel for the Defendant, Patricia Wilson-Coker, has indicated that he has no objection to the extension sought provided that his November 7, 2003 Motion to Amend Scheduling Order is granted. Counsel for the Community Health Center could not be reached to ascertain their position with regard to the extension of time sought.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    LAUREN M. NASH, ct01705
    ASSISTANT U.S. ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT  06508
    (203) 821-3700

<u>CERTIFICATION</u>

This is to certify that a copy of the within and foregoing has been mailed, postage prepaid, on this 28th day of November, 2003, to:

Thomas J. Ring
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

James L. Feldesman, Esq.
Jennifer B. Pennington, Esq.
Feldesman, Tucker, Leifer, Fidell & Bank LLP
2001 L St., NW
Second Floor
Washington, DC 20036

Richard R. Brown, Esq.
Steven William Varney, Esq.
Brown, Paindiris & Scott
100 Pearl St., Ste 1100
Hartford, CT 06103

Everett E. Newton, Esq.
Louis B. Todisco, Esq.
Marilyn Beth Fagelson, Esq.
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469

_____
LAUREN M. NASH
ASSISTANT U.S. ATTORNEY