UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHCI | : |
| v. | : NO. 3:01cv146 (JBA) |
| STATE OF CONNECTICUT, ET AL | : |

FILED
DEC 5  3 05 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge **JOAN G. MARGOLIS**, for the following purpose(s):

- Settlement Conference:
  (Orefmisc.cnf)

✔ - Supervising discovery and resolving discovery disputes:
  **Including doc. #83, Motion to Compel.**
  (Orefmisc.dscv)

- Ruling:
  (Orefm.)

- Referred for hearing:
  (Orefcs.)

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: **December 05, 2003**