87

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 NOV 28  A 10: 47

S. DISTRICT C...

| | | |
|---|---|---|
| COMMUNITY HEALTH CENTER, INC. ET AL. | : | |
| PLAINTIFFS | : | LEAD DOCKET 3:01CV0146(JBA) |
| v. | : | |
| STATE OF CONNECTICUT, ET AL., | : | |
| DEFENDANT. | : | NOVEMBER 28, 2003 |

## INITIAL MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the United States Department of Health and Human Services, Centers for Medicaid and Medicare Services (HHS) hereby respectfully requests an extension of time within which to file a memorandum in opposition to the motion of the Defendant, Patricia Wilson-Coker, to compel production of documents. Defendant filed this motion on November 10, 2003, and a response is due on December 1, 2003. Undersigned counsel requests an extension of thirty (30) days, or until January 1, 2004.

The Defendant's motion to compel is directed at HHS and concerns documents withheld by HHS, a non-party to this action, on the basis of privilege. The discovery involving HHS was handled by HHS Office of General Counsel in Baltimore, Maryland. Now that a discovery dispute has arisen and a motion to compel has been filed, the matter has been referred to the United States Attorney's Office. Undersigned counsel, newly assigned this motion, requires additional time to become familiar with the discovery disputes at issue and to frame an appropriate response.

[Margin annotations: Janet Bond Arterton, U.S.D.J.]

[Margin: Motion GRANTED to and including 1/2/04.]

[Margin: 12/2/03: IT IS SO ORDERED. Dated at New Haven, Connecticut.]

[Stamp: FILED Dec 5 3 33 PM '03 U.S. DISTRICT COURT NEW HAVEN]