IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

FILED

Dec 11  4 05 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN

------------------------------x
:
COMMUNITY HEALTH CENTER, INC. :   3:01CV146(JBA)
:
v.                            :
:
STATE OF CONNECTICUT, ET AL.  :   DECEMBER 10, 2003
:
------------------------------x

## ORDER

On December 5, 2003, Judge Janet Bond Arterton referred <u>Community Health Center, Inc. v. State of Conn., et al.</u> to this Magistrate Judge. (<u>See</u> Dkt. #88). For the duration of this Magistrate Judge's involvement with this file, courtesy copies of all filings should be forwarded to her Chambers, at 141 Church Street, Room 303, New Haven, Connecticut 06510.

Dated at New Haven, Connecticut, this 10th day of December, 2003.

Joan G. Margolis
U.S. Magistrate Judge

AO 72A
(Rev. 8/82)