UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 10  3 26 PM '03

COMMUNITY HEALTH CENTER, INC.,
ET AL.
   *Plaintiffs*

v

STATE OF CONNECTICUT, ET AL.
   *Defendant*

Lead Docket No. 3:01cv146 (JBA)
U.S.D.C./ New Haven

November 7, 2003

### DEFENDANT'S MOTION TO AMEND AND ENLARGE SCHEDULING ORDER

The defendant with the concurrence of the plaintiff in the above captioned matter hereby moves this Court to amend the current Scheduling Order, entered on October 22, 2003, until thirty (30) days after either the production of all documents ordered by the Court if the defendant's pending Motion to Compel is granted in whole or part, or the denial of the defendant's Motion to Compel. This is the fourth request by one or both parties to amend the scheduling order. The parties previously filed two joint motions and the plaintiff filed one unopposed motion. The current request is being made for the following reasons:

1. As a result of information obtained during depositions held in this case at the CMS central office in Baltimore, Maryland on September 25, 2003, the parties concluded it was necessary to conduct further discovery at the CMS regional offices in Boston, Massachusetts. For that reason, the parties filed a Third Motion to Amend and Enlarge Scheduling Order, dated October 15, 2003, seeking to extend the Phase I discovery period until November 15, 2003. This Court granted that motion and a deposition was held in Boston on October 22, 2003.

2. After the parties had filed the third motion to amend, CMS provided the parties with additional documents responsive to subpoenas which had been issued in May, 2003 and

12/10/03 -- Granted