UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Dec 31  2 16 PM '03
U.S. DISTRICT COURT
NEW HAVEN CT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC. ET AL. | : |
| PLAINTIFFS | : LEAD DOCKET 3:01CV146 (JBA) |
| v. | : |
| STATE OF CONNECTICUT, ET AL., | : |
| DEFENDANT. | : DECEMBER 31, 2003 |

## SECOND MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the United States Department of Health and Human Services, Centers for Medicaid and Medicare Services (HHS) hereby respectfully requests a second extension of time within which to file a memorandum in opposition to the motion of the Defendant, Patricia Wilson-Coker, to compel production of documents. HHS' response is due on January 5, 2004.[1] Undersigned counsel requests an extension of eleven (11) days, or until January 15, 2004.

This additional time is sought so that the response can be finalized. While a draft of the response has almost been completed by undersigned counsel, it must be finalized and then reviewed by attorney personnel at the HHS Office of General Counsel in Baltimore, Maryland who handled the discovery dispute at issue. Additional time is needed for undersigned counsel to finish the draft because of the press of other business, including a settlement conference on Monday, January 5, 2004 with Magistrate Judge Garfinkel, and an oral argument at the Court of Appeals on Tuesday,

---

[1] An extension was granted until January 2, 2004, but with the Court closing on that day and the ensuing weekend, the brief would have had to have been filed on January 5, 2004.

January 6. 2004. Some time is then required for the draft to be reviewed by HHS, with appropriate corrections made thereafter. A final response will then be filed by January 15, 2004.

This is the second motion to extend this time limitation. Thomas J. Ring, counsel for the Defendant, Patricia Wilson-Coker, has indicated that he has no objection to the extension sought. Counsel for the Community Health Center could not be reached to ascertain their position with regard to the extension of time sought.

                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY

                              LAUREN M. NASH, ct01705
                              ASSISTANT U.S. ATTORNEY
                              P.O. BOX 1824
                              NEW HAVEN, CT  06508
                              (203) 821-3700

## CERTIFICATION

This is to certify that a copy of the within and foregoing has been mailed, postage prepaid, on this 31st day of December, 2003, to:

Thomas J. Ring
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

James L. Feldesman, Esq.
Jennifer B. Pennington, Esq.
Feldesman, Tucker, Leifer, Fidell & Bank LLP
2001 L St., NW
Second Floor
Washington, DC 20036

Richard R. Brown, Esq.
Steven William Varney, Esq.
Brown, Paindiris & Scott
100 Pearl St., Ste 1100
Hartford, CT 06103

Everett E. Newton, Esq.
Louis B. Todisco, Esq.
Marilyn Beth Fagelson, Esq.
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY

- 3 -