UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC. ET AL. | : |
| PLAINTIFFS | : LEAD DOCKET 3:01CV146 (JBA) |
| v. | : |
| STATE OF CONNECTICUT, ET AL., | : |
| DEFENDANT. | : DECEMBER 31, 2003 |

## SECOND MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the United States Department of Health and Human Services, Centers for Medicaid and Medicare Services (HHS) hereby respectfully requests a second extension of time within which to file a memorandum in opposition to the motion of the Defendant, Patricia Wilson-Coker, to compel production of documents. HHS' response is due on January 5, 2004.[1] Undersigned counsel requests an extension of eleven (11) days, or until January 15, 2004.

This additional time is sought so that the response can be finalized. While a draft of the response has almost been completed by undersigned counsel, it must be finalized and then reviewed by attorney personnel at the HHS Office of General Counsel in Baltimore, Maryland who handled the discovery dispute at issue. Additional time is needed for undersigned counsel to finish the draft because of the press of other business, including a settlement conference on Monday, January 5, 2004 with Magistrate Judge Garfinkel, and an oral argument at the Court of Appeals on Tuesday,

---

[1] An extension was granted until January 2, 2004, but with the Court closing on that day and the ensuing weekend, the brief would have had to have been filed on January 5, 2004.