IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------X
:
COMMUNITY HEALTH CENTER, INC.      :   3:01 CV 146 (JBA)[1]
:
:
v.                                 :
:
:
STATE OF CONNECTICUT, ET AL.       :   MARCH 23, 2004
---------------------------------------------------------X

<u>RULING FOLLOWING *IN CAMERA* REVIEW</u>

The procedural history behind this discovery issue is set forth in this Magistrate Judge's Ruling on Plaintiffs' Motion to Compel Production of Documents, filed February 27, 2004 ["February Ruling"] (Dkt. #96), familiarity with which is presumed. The February Ruling provided:

> If defendants' need for the documents is significant, but there is a potential harm which could result from disclosure, redacting the seventeen documents at issue could preserve defendants' present interests in the current litigation and CMS's need to maintain efficient agency operation. This Court is mindful, however, that redaction poses problems in itself . . . . Redaction, by emphasizing certain facts and not others, could reveal an agency employee's deliberative process by illustrating what facts were not central to the decision.
>
> . . .
>
> Therefore, in order to ensure that the appropriate deference is afforded to the agency decisionmakers asserting the deliberative process privilege in the present action, and to apply the balancing test which governs the disclosure of documents where the deliberative process privilege may apply, on or before March 10, 2004, CMS shall submit to this Magistrate Judge for her *in camera* review the seventeen documents at issue. CMS shall submit two copies of these documents, one unredacted copy and one proposed redacted copy of each of the seventeen documents (if possible).

(At 6-7)(citations & emphasis omitted).

---

[1] On August 26, 2003, this case was consolidated with 3:02 CV 626 (JBA). (Dkt. #78).

On March 9, 2004, counsel for non-party Centers for Medicare and Medicaid Services ["CMS"] submitted to the Magistrate Judge's Chambers copies of the seventeen documents related to the use of productivity screens which govern Medicare payments to federally qualified health centers. Counsel submitted only unredacted copies of these documents, citing that redaction was neither possible nor practicable. These documents were filed, under seal, as Dkt. #97.

This Magistrate Judge has conducted a careful *in camera* review of the seventeen documents at issue and finds that the documents properly fall within the protection of the deliberative process privilege. Moreover, weighing the interest of the private litigants against the role of the government in this litigation and the impact that disclosure might have on government functions compels the conclusion that these documents need not be produced. See LNC Invs. v. Republic of Nicaragua, 1997 WL 729106, at *2 (S.D.N.Y. Nov. 21, 1997)(multiple citations omitted). Additionally, redaction of these documents is not practical, as any redaction would only reveal those portions of the documents which are unrelated to the productivity screens at the center of this litigation. For the reasons stated above, defendants' Motion for Order to Compel Production of Documents (Dkt. # 83) is denied.

This is not a Recommended Ruling but a Ruling on discovery, the standard of review of which is specified in 28 U.S.C. § 636; Fed. R. Civ. P. 6(a), 6(e) & 72; and Rule 2 of the Local Rules for United States Magistrate Judges. As such, it is an order of the Court unless reversed or modified by the District Judge upon timely made objection.

See 28 U.S.C. § 636(b)**(written objections to ruling must be filed within ten days after service of same);** Fed. R. Civ. P. 6(a), 6(e) & 72; Rule 2 of the Local Rules for United States Magistrate Judges, United States District Court for the District of Connecticut; Small

<u>v. Secretary, H&HS</u>, 892 F.2d. 15, 16 (2d Cir. 1989) **(failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second Circuit).**

Dated at New Haven, Connecticut, this 23rd day of March, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge