UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COMMUNITY HEALTH CENTER, INC. | : | LEAD DOCKET NO. |
| *Plaintiff* | : | 301CV146(JBA) |
| | : | |
| v. | : | |
| | : | |
| PATRICIA WILSON-COKER, | | |
| COMMISSIONER OF THE | | |
| STATE OF CONNECTICUT | | |
| DEPARTMENT OF SOCIAL SERVICES | : | |
| *Defendant* | : | April 5, 2005 |

## DEFENDANT'S STATUS REPORT

The defendant, Patricia Wilson-Coker, Commissioner of the State of Connecticut Department of Social Services hereby adopts the status report submitted by the United States Attorney's Office, as contained in an e-mail from AUSA Lauren Nash to Aimee Tooker dated March 29, 2005, as its report to the Court regarding the status of this action. The report submitted by the United States Attorney's Office accurately reflects the current status of this matter.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Thomas J. Ring
Assistant Attorney General
Federal Bar No. ct08293
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendant's Status Report was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 5th day of April, 2005, first class postage prepaid to:

Attorney Richard R. Brown
Brown, Paindiris & Scott
100 Pearl Street
Hartford, CT 06103

Attorney James L. Feldesman
Feldesman, Tucker, Leifer, Eidell and Bank
2001 L Street, N.W.
Washington, D.C. 20036

Lauren M. Nash, Assistant United State's Attorney
P.O. Box 1824
New Haven, CT 06508

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Thomas J. Ring
　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General