UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COMMUNITY HEALTH CENTER, INC. :

v.                              :    NO. 3:01cv146 (JBA)

STATE OF CONNECTICUT, ET AL     :

<u>**SCHEDULING ORDER & ENDORSEMENT ORDER [DOC. #96, #98, #99]**</u>

Pursuant to the colloquy with counsel on the record 5/10/05, the following schedule is ordered:

1. All discovery will be completed 6/9/05.

2. Cross-Motions for Summary Judgment will be filed 7/11/05; opposition will be filed 8/1/05; any replies will be filed 8/15/05.

3. For the reasons set out on the record of 5/10/05, pursuant to 28 U.S.C. § 636(b)(1)(A) and D. Conn. L. Civ. R. 72.1(C)(2) of the Local Rules for United States Magistrate Judges (rev. 2003), Ruling on Plaintiffs' Motion to Compel Production of Documents [doc. #96] and Ruling Following *In Camera* Review [doc. #98] are APPROVED and ADOPTED as the ruling of this Court. Defendants' Motion for Order to Compel Production of Documents [doc. #83] is DENIED. Plaintiffs' Objection to Ruling [doc. #99] is OVERRULED.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:   <u>May 11, 2005</u>**