UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC. ET AL. | )<br>)<br>) |
| Plaintiffs,<br>v. | )<br>)  No. 3:01cv146 (JBA)<br>) |
| STATE OF CONNECTICUT, ET AL | )<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEARANCE

After the status conference with the Court on May 10, 2005, I was asked by plaintiffs' co-counsel whether I had entered my appearance for the purposes of representing not just plaintiff Community Health Center, Inc. (the original plaintiff herein) but the other plaintiffs now in this case as well. After a quick look at the file, it appears that even though I had, by agreement of all the plaintiffs, been asked to represent all of them in this case, I neglected to so advise the Court. Accordingly, I apologize to the Court and other plaintiffs for not doing so, and ask the Court to note that James L. Feldesman, previously admitted to this case *pro hac vice*, will be representing all of the plaintiffs in this case. Other plaintiffs' counsel will continue to represent their original clients, and will therefore act as my co-counsel in this regard.

                                                Respectfully submitted,

Date: May 17, 2005                                 James L. Feldesman
                                                Feldesman Tucker Leifer Fidell LLP
                                                2001 L Street, N.W., Second Floor
                                                Washington, D.C. 20036
                                                (202) 466-8960 (telephone)
                                                (202) 293-8103 (facsimile)
                                                Attorney for Plaintiffs

## **CERTIFICATION**

This is to certify that a copy of the foregoing Notice of Appearance was mailed, postage prepaid on May 17, 2005 to:

Lauren M. Nash
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Thomas J. Ring
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Marilyn B. Fagelson, Esq.
Murtha Cullina LLP
2 Whitney Avenue
New Haven, CT 06510

Richard R. Brown
Brown, Paindiris & Scott
100 Pearl Street
Hartford, CT 06103

                                                James L. Feldesman