UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COMMUNITY HEALTH CENTER, INC., | : | LEAD DOCKET NO. 3:01CV146(JBA) |
| *Plaintiff* | : | |
| | : | ALL CASES |
| v. | : | |
| | : | |
| PATRICIA WILSON-COKER, COMMISSIONER OF THE STATE OF CONNECTICUT DEPARTMENT OF SOCIAL SERVICES | : | |
| *Defendant* | : | June 29, 2005 |

**MOTION TO AMEND AND ENLARGE SCHEDULING ORDER**

The defendant, with the full concurrence of the plaintiffs in these consolidated actions, hereby moves this Court to amend the Scheduling Order entered on May 11, 2005 by extending the time for filing Cross-Motions for Summary Judgment by sixty (60) days, from July 11, 2005, until September 9, 2005. This is the first request to amend the May 11, 2005 Scheduling Order. This request is made for the following reasons:

1. At a telephonic scheduling/status conference held on May 10, 2005, the Court informed the parties that it would be entering the current Scheduling Order. During that same conference, counsel for the defendant represented to the Court and the other parties that the Connecticut Department of Social Services intended to submit proposals to the various plaintiff FQHCs in an effort to explore settlement of the outstanding issues in dispute between the Department and these FQHCs. The Court further advised the parties that they could seek to amend the Scheduling Order on the basis of the anticipated settlement negotiations.

2. The Department had expected to submit these proposals to the plaintiff FQHCs by the end of May, 2005. Because such proposals would involve additional expenditures of state funds, however, it was necessary for the Department to confer with the Connecticut Office of Policy

and Management (OPM), which has the statutory responsibility to review and respond to budget requests of state agencies, regarding the financial implications of these proposals.

3. Due to the protracted nature of discussions and negotiations concerning a state budget and the June special session of the legislature, the process of conferring with OPM was not completed until June 22, 2005.

4. OPM has now given its approval to proceed with settlement negotiations in these consolidated cases.

5. To that end, and at the request of the plaintiffs, initial meetings between Deputy Commissioner Michael Starkowski of the Department of Social Services and representatives of the plaintiffs in the consolidated cases have been scheduled for early to mid-July.

6. The plaintiffs have further requested, and the defendant has agreed, that settlement offers will be forthcoming from the Department of Social Services no later than the end of July.

7. Due to the number of plaintiffs in the two consolidated cases (a total of eight Connecticut FQHCs) and the time of year, with attendant issues regarding availability, it is felt that the period of time requested is necessary in order to give settlement efforts a reasonable chance to succeed.

All parties are in agreement with the requested extension of time to file Cross-Motions for Summary Judgment. The parties will be able to devote their time in the intervening period to good faith settlement efforts, as opposed to focusing on litigation. The defendant has attached a proposed Amended Scheduling Order to this Motion.

        DEFENDANT

        PATRICIA WILSON-COKER,
        COMMISSIONER, STATE OF

                    CONNECTICUT, DEPARTMENT OF SOCIAL SERVICES

                    RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General


BY:   /s/ Thomas J. Ring
      Thomas J. Ring
      Assistant Attorney General
      Federal Bar No. ct08293
      55 Elm Street
      P.O. Box 120
      Hartford, CT  06141-0120
      Tel: (860) 808-5210
      Fax: (860) 808-5385
      Thomas.Ring@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion to Amend and Enlarge Scheduling Order was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 23rd day of June, 2005, first class postage prepaid to:

Attorney Richard R. Brown
Brown, Paindiris & Scott
100 Pearl Street
Hartford, CT 06103

Attorney James L. Feldesman
Feldesman, Tucker, Leifer, Eidell and Bank, LLP
2001 L Street, N.W.
Washington, D.C. 20036

Attorney Louis B. Todisco
Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue, P.O. Box 704
New Haven, CT 06503-0704

Lauren M. Nash
Assistant Unites States Attorney
P.O. Box 1824
New Haven, CT 06508

/s/ Thomas J. Ring
Thomas J. Ring
Assistant Attorney General