UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COMMUNITY HEALTH CENTER, INC., | : | LEAD DOCKET NO. 3:01CV146(JBA) |
| *Plaintiff* | : | |
| | : | ALL CASES |
| v. | : | |
| | : | |
| PATRICIA WILSON-COKER, COMMISSIONER OF THE STATE OF CONNECTICUT DEPARTMENT OF SOCIAL SERVICES | : | |
| *Defendant* | : | June 29, 2005 |

### AMENDED SCHEDULING ORDER

Motion for Continuances of Dates in the May 11, 2005 Scheduling Order (doc.# 96) is GRANTED, as follows: with consent [doc. #104],

1. Cross-Motions for Summary Judgment will be filed 9/9/05; opposition will be filed 9/29/05; any replies will be filed 10/13/05.

IT IS SO ORDERED

Janet Bond Arterton, U.S.D.J.    By:
Joan Glazer Margolis, U.S.M.J. On Behalf of
Hon. Janet Bond Arterton.

Dated at New Haven, Connecticut: