UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC., et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) No. 3:01cv146 (JBA) |
| STATE OF CONNECTICUT, et al., | )<br>)<br>) |
| Defendants. | ) |

## JOINT MOTION FOR BRIEF FURTHER EXTENSION OF TIME

As the Court is aware, the parties in the case have been engaged in a settlement process that began late last spring when defendants' counsel announced his clients' intention to present a settlement offer to plaintiffs that his clients hoped would be satisfactory. That offer has been presented and plaintiffs are in the process of considering it. Unfortunately, the timetable envisioned for presentation and action on the offer turned out to be a bit optimistic. At this point, the parties expect to be able to decide on settlement by no later than September 23, 2005. Obviously, if the parties decide against settlement, a new schedule for summary judgment filings, *etc.* will be needed.

In light of the foregoing, the parties jointly ask the Court to suspend the current schedule for summary judgment filings (filings which are now due September 9) and await notification from the parties regarding settlement, which will be provided to the Court no later than September 23, 2005. To the extent the parties advise the Court that

1

settlement has not been achieved, they will then also present suggested new schedule to the Court for the Court's approval. A proposed order is filed with this motion.

|  |  |
| --- | --- |
|  | Respectfully submitted, |
| Thomas J. Ring | James L. Feldesman |
| Assistant Attorney General | Feldesman Tucker Leifer Fidell LLP |
| Federal Bar No. ct08293 | 2001 L Street, N.W., Second Floor |
| 55 Elm Street | Washington, D.C. 20036 |
| P.O. Box 120 | (202) 466-8960 (telephone) |
| Hartford, CT 06141-0120 | (202) 293-8103 (facsimile) |
| Tel: (860) 808-5210 | Attorney for Plaintiffs |
| Fax: (860) 808-5385 |  |

September 6, 2005

## **CERTIFICATION**

This is to certify that a copy of the foregoing Joint Motion for Brief Further Extension of Time was mailed, postage prepaid on September 6, 2005 to:

Lauren M. Nash
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Thomas J. Ring
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Marilyn B. Fagelson, Esq.
Murtha Cullina LLP
2 Whitney Avenue
New Haven, CT 06510

Richard R. Brown
Brown, Paindiris & Scott
100 Pearl Street
Hartford, CT 06103

_____
James L. Feldesman

3