UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 SEP 13 A 7:43
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC., et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) No. 3:01cv146 (JBA) |
| STATE OF CONNECTICUT, et al., | )<br>)<br>) |
| Defendants. | ) |

## ORDER

In response to the parties' joint motion to provide them until September 16, 2005 to advise the Court whether settlement has been achieved and, if not, propose new schedule,

IT IS HEREBY ORDERED that the current date for filing of summary judgment motions of September 9, 2005 is suspended, the parties shall notify the Court by no later than September 23, 2005 as to whether settlement has been achieved and, if not, they shall prepare a new schedule for the Court's consideration.

_____
U.S. District Judge

Date: 9 Sept 2005