UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC., et al ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> PATRICIA WILSON-COKER, J.D., M.S.W., ) <br> COMMISSIONER OF THE ) <br> STATE OF CONNECTICUT ) <br> DEPARTMENT OF SOCIAL SERVICES ) <br> ) <br> Defendant ) | Lead Docket No. <br> Civil Action No. 301cv146(JBA) |

## JOINT SETTLEMENT REPORT

The parties regretfully inform the Court that a settlement of this case has not been achieved. Accordingly, the Court should impose a new schedule on the parties for resolving this case. The parties suggest that summary judgment motions now be due not later than thirty (30) days from today; that any opposition memoranda be filed no later than twenty (20) days thereafter; and any replies be filed no later than fourteen days thereafter.

Notwithstanding the foregoing, plaintiffs do not yet rule out the possibility that settlement still can be achieved. The pressure of having to file summary judgment motions and argue them may well inspire the parties to reconsider the settlement option. Moreover, as the Court no doubt recognizes, plaintiffs in this case have different "fish to fry" in their dealings with the State. As such, it is not out of the question that individual plaintiffs will be able to negotiate satisfactory settlements while others will not. In short, settlement remains a possibility at least for some plaintiffs.

Sept. 23, 2005                    Respectfully submitted,


_____                              /s/
Thomas Ring                                   James L. Feldesman
Assistant Attorney General                    Kathy S. Ghiladi
Office of the Attorney General                Feldesman Tucker Leifer Fidell LLP
55 Elm Street                                 2101 L Street, N.W.
Hartford, CT  06141                           Second Floor
(860) 808-5210 (telephone)                    Washington, D.C. 20036
                                              (202) 466-8960
                                              (202) 293-8103

Counsel for Defendant                         Counsel for Plaintiffs