UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC., et al ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Lead Docket No. |
| ) | Civil Action No. 301cv146(JBA) |
| PATRICIA WILSON-COKER, J.D., M.S.W., ) | |
| COMMISSIONER OF THE ) | |
| STATE OF CONNECTICUT ) | |
| DEPARTMENT OF SOCIAL SERVICES ) | |
| ) | |
| Defendant ) | |

## JOINT SETTLEMENT REPORT

The parties regretfully inform the Court that a settlement of this case has not been achieved. Accordingly, the Court should impose a new schedule on the parties for resolving this case. The parties suggest that summary judgment motions now be due not later than thirty (30) days from today; that any opposition memoranda be filed no later than twenty (20) days thereafter; and any replies be filed no later than fourteen days thereafter.

Notwithstanding the foregoing, plaintiffs do not yet rule out the possibility that settlement still can be achieved. The pressure of having to file summary judgment motions and argue them may well inspire the parties to reconsider the settlement option. Moreover, as the Court no doubt recognizes, plaintiffs in this case have different "fish to fry" in their dealings with the State. As such, it is not out of the question that individual plaintiffs will be able to negotiate satisfactory settlements while others will not. In short, settlement remains a possibility at least for some plaintiffs.

September 23, 2005

Respectfully submitted,

_____          _____
Thomas J. Ring                          James L. Feldesman
Assistant Attorney General              Kathy S. Ghiladi
Office of the Attorney General          Feldesman Tucker Leifer Fidell LLP
55 Elm Street                           2101 L Street, N.W.
P.O. Box 120                            Second Floor
Hartford, CT 06141-0120                 Washington, D.C. 20036
Tel: (860) 808-5210                     Tel: (202) 466-8960
Fax: (860) 808-5385                     Fax: (202) 293-8103

Counsel for Defendant                   Counsel for Plaintiffs

## CERTIFICATION

This is to certify that a copy of the foregoing Joint Settlement Report was mailed, postage prepaid on September 26, 2005 to:

Lauren M. Nash
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Thomas J. Ring
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Marilyn B. Fagelson, Esq.
Murtha Cullina LLP
2 Whitney Avenue
New Haven, CT 06510

Richard R. Brown
Brown, Paindiris & Scott
100 Pearl Street
Hartford, CT 06103

_____
James L. Feldesman