UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COMMUNITY HEALTH CENTER, INC., | : | LEAD DOCKET NO. 3:01CV146(JBA) |
| *Plaintiff* | : | |
| | : | ALL CASES |
| v. | : | |
| | : | |
| PATRICIA WILSON-COKER, COMMISSIONER OF THE STATE OF CONNECTICUT DEPARTMENT OF SOCIAL SERVICES, | : | |
| *Defendant* | : | October 24, 2005 |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant, Patricia Wilson-Coker, Commissioner of the State of Connecticut Department of Social Services, moves this Court to enter summary judgment in her favor as set forth in the accompanying Local Rule 56(a)(1) Statement and Memorandum of Law.

```
                              DEFENDANT
                              PATRICIA WILSON-COKER
                              COMMISSIONER, STATE OF
                              CONNECTICUT DEPARTMENT OF
                              SOCIAL SERVICES


                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL


                        BY:   /s/_____
                              Thomas J. Ring
                              Assistant Attorney General
                              Federal Bar No. ct08293
                              55 Elm Street
                              P.O. Box 120
                              Hartford, CT  06141-0120
                              Tel: (860) 808-5210
                              Fax: (860) 808-5385
                              Thomas.Ring@po.state.ct.us
```

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendant's Motion for Summary Judgment was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 25th day of October, 2005, first class postage prepaid to:

Attorney Richard R. Brown
Brown, Paindiris & Scott
100 Pearl Street
Hartford, CT 06103

Attorney James L. Feldesman
Feldesman, Tucker, Leifer, Eidell and Bank
2001 L Street, N.W.
Washington, D.C. 20036

Lauren M. Nash, Assistant United States Attorney
P.O. Box 1824
New Haven, CT 06508

Attorney Marilyn B. Fagelson
Murtha Cullina LLP
2 Whitney Avenue
P.O. Box 704
New Haven, CT 06503-0704

/s/_____
Thomas J. Ring
Assistant Attorney General