RHC 20.3

[4110-35]

Health Care Financing Administration

RURAL HEALTH CLINIC SERVICES

Screening Guidelines and Payment Limit for Medicare and Medicaid Reimbursement

AGENCY: Health Care Financing Administration (HCFA), HEW.

ACTION: Notice.

SUMMARY: This notice announces screening guidelines and a payment limit for determining medicare and medicaid reimbursement rates for covered rural health clinic services furnished by certain rural health clinics.

1. Screening guidelines: (a) Overhead costs may not exceed 30 percent of a clinic's total allowable costs unless reasonably justified by the clinic.

(b) Clinics with per visit costs of more than $16, including allowable overhead costs, are subject to the following health care staff productivity guidelines:

(i) At least three visits per hour per physician for rural health clinic services provided at the clinic;

(ii) At least two visits per hour per physician assistant and nurse practitioner for rural health clinic services provided at the clinic;

(iii) At least one visit per hour for any rural health clinic services provided at locations other than the clinic.

(c) Productivity guidelines will not reduce rates below $16 per visit.

(d) Clinics with per visit costs of $16 or less, including allowable overhead costs, are not subject to productivity guidelines.

2. Payment limit: In no event will rural health clinic reimbursement rates exceed $27.30.

DATES: These guidelines and the payment limit are effective for medicare for services furnished on or after March 1, 1978, and for medicaid for services furnished on or after July 1, 1978.

SUPPLEMENTARY INFORMATION: The Rural Health Clinic Services Act of 1977 (Pub. L. 95-210) added rural health clinic services as a new benefit under part B of the medicare program, effective on March 1, 1978, and as a mandatory benefit under certain State medicaid plans, effective on July 1, 1978. Regulations concerning the reimbursement requirements for rural health clinics under medicare were published in the FEDERAL REGISTER (43 FR 8258) on March 1, 1978. Medicaid rural health clinic reimbursement regulations were published in the FEDERAL REGISTER (43 FR 30520) on July 14, 1978. These regulations should be consulted for further detail.

As provided in these regulations, medicare and medicaid reimbursement for rural health clinic services furnished by independent rural health clinics is made on the basis of an all-inclusive rate developed by the medicare carrier. Independent rural health clinics are those which are not provider clinics, as defined at chapter IV of 42 CFR, § 405.2425(a).

The all-inclusive rate is subject to tests of reasonableness developed by the Health Care Financing Administration (HCFA) or the carrier in accordance with § 405.2428. These tests of reasonableness also apply to medicaid reimbursement under § 405.30 (a)(10)(v). The tests authorized include screening guidelines intended to identify situations where costs will not be allowed without reasonable justification by the clinic, and a limit on the amount of payment. Under interim operating instructions furnished carriers for rural health clinic reimbursement, a screening guideline on clinic overhead cost and an upper limit for the all-inclusive payment rate were issued. The upper limit on the payment rate was based on the average of the prevailing charges in the State in which the clinic is located for a selected group of items and services which are typically furnished by rural health clinics. Prevailing charges for various services are determined by the medicare carrier in accordance with § 405.504. They generally represent the maximum amount payable under part B of medicare for services provided by physicians reimbursed on a reasonable charge basis. A number of clinics and others criticized the methodology used to determine the upper limit. They felt the limit did not reasonably relate to actual clinic costs. They also pointed out that inequities could occur in that similar clinics might be subject to different payment limits solely because of differences in prevailing charge levels in the States in which the clinics are located.

Taking these concerns into consideration, HCFA has decided to revise the upper limit on rural health clinic payment rates by using a single nationwide limit of $27.30 per visit. This limit was determined by the national mean plus one standard deviation of the average of the prevailing charges for a selected group of services based on a model of a typical rural health clinic patient visit. The services used in the calculation were an initial comprehensive physician's office visit for a new patient (9002), a routine followup physician's office visit for an established patient (9004), an initial comprehensive hospital visit (9022), and a routine laboratory procedure (8722). The numbers in parentheses are the procedure codes for these services from the 1964 California relative value study.

In computing the payment limit, the prevailing charges for these services were assigned relative weights based on the following assumptions that were derived from a review of the utilization experience of federally funded health centers and other ambulatory care utilization data. The limit assumes that about one out of every five patient visits will be an initial comprehensive visit of a new patient. Therefore, 20 percent of the prevailing charge for initial comprehensive physician's office visits was used in computing the average prevailing charges of the group of services. Ten percent of the prevailing charge for an initial comprehensive hospital visit was used in computing the average prevailing charges of the group of services to take account of the fact that rural health clinic services can be furnished in a hospital setting. It is expected that the relative frequency of rural health clinic services provided in a hospital setting should not exceed this. Seventy percent of the prevailing charge for routine followup physician's office visit was used in computing the average prevailing charges to account for the relative frequency of these services. The routine laboratory procedure selected, blood sugar, is typical both because of its frequency and its midrange prevailing charge. One hundred percent of the prevailing charge for the routine laboratory procedure was used because federally-funded health center visits average slightly less than one routine laboratory procedure per visit. Together this group of services, along with these relative weights, should represent a fair composite of the typical visit for rural health clinic services. HCFA will evaluate the patterns and frequency of services furnished in rural health clinics and will consider revisions if experience indicates that modifications are necessary.

In addition, the Health Care Financing Administration has decided to im-

(Continued)

42788

plement screening guidelines to assess the reasonableness of the productivity of the clinic's health care staff. The productivity guidelines are applicable to clinics with per visit costs in excess of $16 after application of the overhead cost guideline. If the clinic's per visit cost after application of the overhead cost guideline is equal to or less than $16, the productivity guidelines are not applicable. Per visit cost is based on total allowable costs divided by total visits for both covered and noncovered rural health clinic services.

The productivity guidelines are as follows: (1) At least three visits per hour per physician for rural health clinic services provided at the clinic; (2) at least two visits per hour per physician assistant, nurse practitioner, specialized nurse practitioner, or nurse midwife for rural health clinic services provided at the clinic; and (3) at least one visit per hour for rural health clinic services provided at locations other than the clinic. Examples of services furnished at other locations are services of a nurse practitioner furnished at a hospital and visiting nurse services furnished at the patient's home. The productivity guidelines apply to the total time the physician or other practitioner actually spends in patient care activities or is available to provide patient care services. Allowance will be made for duties other than patient care.

If the minimum number of visits expected under a productivity guideline for a category of practitioner exceeds the total visits reported by the clinics for that category, the higher number of visits will be used to calculate the all-inclusive rate under § 405.2426 or annual reconciliation under § 405.2427. In no event, however, will the clinic's payment rate be reduced below $16 on account of the productivity guidelines.

The productivity guidelines are comparable with those used in connection with reimbursement for similar services furnished by federally funded health centers. In addition, the Bureau of Community Health Services of the Public Health Services uses similar screens in reviewing federally funded health center grant applications. Experience has shown them to be fair and workable.

The overhead cost screening guideline issued under the interim operating instructions is unchanged. Under this guideline, overhead costs which exceed 30 percent of a clinic's total allowable costs will not be included in allowable costs unless the clinic provides reasonable justification for such excessive costs. Justification must be based on adequate reasons and supporting documentation.

The overhead costs guideline is comparable to the guideline used in connection with federally funded health centers. Experience in that setting has shown this to be a good standard.

The Health Care Financing Administration plans to carefully evaluate the guidelines and payment limit based on actual program experience, and will consider revisions and additions if experience indicates that modifications or additional guidelines or limits may be necessary.

Dated: September 15, 1978.

ROBERT A. DERZON,
*Administrator, Health Care Financing Administration.*

[FR Doc. 78-26466 Filed 9-20-78; 8:45 am]

17