UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - x

COMMUNITY HEALTH CENTER, INC.,:

        Plaintiff,          :

  -vs-                                : CHANCERY NO. 172862

PATRICIA WILSON-COKER, J.D.,   :

M.S.W., COMMISSIONER OF THE    :

STATE OF CONNECTICUT           :

DEPARTMENT OF SOCIAL SERVICES,:

        Defendant.         :

- - - - - - - - - - - - - - - - x

                      Baltimore, Maryland

                      Thursday, September 25, 2003

Deposition of:

                RHONDA RHODES

    A witness, called for examination by counsel for the plaintiff, pursuant to notice, at 7500 Security Boulevard, Baltimore, Maryland, beginning at 1:38 p.m., before JOSEPH A. INABNET, a Court Reporter and Notary Public in and for the State of Maryland at Large.

COPY

Page 35

1      A.    Rhoda Abrams most frequently.

2            I think I deal mostly with Rhoda. There

3  may be other staff that -- staff that I deal with,

4  but I deal with Rhoda.

5      Q.    Did HRSA have a role in the Qs and As?

6      A.    We met with them on the Qs and As.

7      Q.    Did they sign off?

8      A.    They are not part of the official

9  clearance process for CMS.

10     Q.    All right. Is there any policy of

11 deferral to your expertise since most of the FQHCs

12 are also Federally Supported Health Centers?

13     A.    We consult with them.

14     Q.    You consult with them?

15     A.    Yes.

16     Q.    But you have no process of deference or

17 policy of deference to your expertise?

18     A.    Nothing in writing.

19     Q.    Practically speaking, do you?

20     A.    Practically speaking, sure. That's why

21 we meet with them, is to get their advice.

22           However, if there is a disagreement on a

1   particular policy, there is no formal process for

2   accepting HRSA's position over ours.

3              We will talk it out and work it out.

4   That's why we meet with them before we do something

5   like the Qs and As.

6              Let's go off the record for a second.

7              (A discussion was held off the record.)

8              MR. FELDSMAN:  Back on the record.

9         Q.   Ms. Stecklein -- I'm staring at this.

10             Ms. Rhodes, is there anybody on your

11  staff who might know anything about the FQHC

12  program in Connecticut?

13        A.   Suzan may.

14        Q.   Suzan may?

15        A.   She may.

16        Q.   Anybody else who would be a likely

17  suspect to know anything?

18        A.   No.

19        Q.   Is anybody else there an -- is anybody

20  there an FQHC expert in the sense of having visited

21  them or studied them or dealing with them or, you

22  know, the way one becomes at least somewhat

CERTIFICATE OF NOTARY PUBLIC
===

I, Joseph A. Inabnet, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in Stenotype and thereafter reduced to typewriting under my supervision; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.



_____
Joseph A. Inabnet, Notary Public
for the State of Maryland

My Commission Expires: January 29, 2007