UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COMMUNITY HEALTH CENTER, INC. | : | LEAD DOCKET NO 3:01CV146(JBA) |
| *Plaintiff* | : | |
| | : | ALL CASES |
| v. | : | |
| | : | |
| PATRICIA WILSON-COKER, | : | |
| COMMISSIONER STATE OF | : | |
| CONNECTICUT DEPARTMENT OF | : | |
| SOCIAL SERVICES, ET AL | : | |
| *Defendant* | : | OCTOBER 26, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that Defendant, Patricia Wilson-Coker, Commissioner State of Connecticut Department of Social Services, et al, has mutually filed the following documents

    Exhibit B – Federal Register, Vol. 57, No. 114, (6/12/1992) pp. 24961-24984
    Exhibit C – Rural Health Clinic and Federally Qualified Health Center Manual, Chapter 5
    Exhibit G – Federal Register, Vol. 45, No. 177 (9/10/1980) pp. 59734-59747
    Exhibit H – Federal Register, Vol. 47, No. 231 (12/1/1982) pp. 54163-54169
    Exhibit K – Federal Register, Vol. 61, No. 65 (4/3/1996) pp. 14640-14658

These documents have not been filed electronically because

[ ]    the document of thing cannot be converted to an electronic format
**[xx]**    the electronic file size of the document exceeds 1.5 megabytes
[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d)
       or Local Rule of Criminal Procedure 57(b)
[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing had been manually served on all parties.

                        Respectfully submitted,

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL

BY:   /s/_____
        Thomas J. Ring
        Assistant Attorney General
        Office of the Attorney General
        Federal Bar No. ct. 08293
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel.:  (860) 808-5210
        Fac.:  (860) 808-5385
        Email: thomas.ring@po.state.ct.us