UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC., et al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PATRICIA WILSON-COKER, J.D., M.S.W., )<br>COMMISSIONER OF THE )<br>STATE OF CONNECTICUT )<br>DEPARTMENT OF SOCIAL SERVICES, )<br>)<br>Defendant. )<br>_____)  | Lead Docket No.<br>Civil Action No. 301cv146(JBA) |

### MOTION TO EXTEND BY ONE DAY THE TIME FOR FILING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs ask the Court for a one day extension of the date their summary judgment papers are due. This one day extension request is entirely the fault of plaintiffs' District of Columbia counsel, who mistakenly thought the presiding Judge in this case was now able to accept the summary judgment filings through electronic means.

In any event, in support of this motion, we have consulted with counsel for the defendant (Thomas Ring), who has consented to the extension. D.C. counsel assured Mr. Ring that his summary judgment filings made earlier today *via* express delivery (to the Court and to counsel) have been temporarily shelved -- *i.e.* not even looked at by D.C. counsel, much less used for the purpose of the plaintiffs' summary judgment filing. Indeed, as D.C. counsel advised Mr. Ring, his filings will not be looked at until D.C. counsel is satisfied that tomorrow's express mail delivery of the summary judgment papers has been made both to the Court and to Mr. Ring.

1

Despite Mr. Ring's consent, D.C. counsel again apologizes for having to file this motion and very much regrets having become confused about the availability of electronic means for filing with its summary judgment papers. A proposed order is included with this filing.

October 26, 2005

                                        Respectfully submitted,

                                        Richard R. Brown
                                        Fed. Bar No. CT 00009
                                        Brown, Paindiris & Scott
                                        100 Pearl Street
                                        Hartford, CT 06103
                                        (860)522-3343 (Telephone)
                                        (860)522-2490 (Facsimile)

                                        _____
                                        James L. Feldesman
                                        Kathy S. Ghiladi
                                        Feldesman Tucker Leifer Fidell LLP
                                        2001 L Street, N.W.
                                        Second Floor
                                        Washington, D.C. 20036
                                        Tel: (202) 466-8960
                                        Fax: (202) 293-8103

                                        Counsel for Plaintiffs

## **CERTIFICATION**

This is to certify that a copy of the foregoing Motion To Extend By One Day The Time For Filing Plaintiffs' Motion For Summary Judgment was mailed, postage prepaid on October 26, 2005 to:

Lauren M. Nash
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Thomas J. Ring
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Marilyn B. Fagelson, Esq.
Murtha Cullina LLP
2 Whitney Avenue
New Haven, CT 06510

Richard R. Brown
Brown, Paindiris & Scott
100 Pearl Street
Hartford, CT 06103

James L. Feldesman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC., et al   )<br>)<br>Plaintiffs,   )<br>)<br>v.   )<br>)<br>PATRICIA WILSON-COKER, J.D., M.S.W.,   )<br>COMMISSIONER OF THE   )<br>STATE OF CONNECTICUT   )<br>DEPARTMENT OF SOCIAL SERVICES,   )<br>)<br>Defendant.   )<br>_____)  | Lead Docket No.<br>Civil Action No. 301cv146(JBA) |

### ORDER

In view of plaintiffs' counsel's request for a one day extension of time to file summary judgment papers, the consent of defendant's counsel, and D.C. counsel's pledge that defendant's summary judgment filing has not been used in any fashion with respect to those papers,

IT IS HEREBY ORDERED that plaintiffs' summary judgment papers shall be due on October 27, 2005.

_____
U.S. District Court

Date: _____