**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

COMMUNITY HEALTH CENTER, INC. :

v.                            :      NO. 3:01cv146 (JBA)

STATE OF CONNECTICUT, ET AL   :

## ENDORSEMENT ORDER [DOC. #116]

Motion to Extend by One Day the Time for Filing Plaintiffs'
Motion for Summary Judgment [116] is GRANTED, with consent.  The
Clerk is directed to docket Plaintiffs' Motion for Summary
Judgment.

IT IS SO ORDERED.


/s/_____
Janet Bond Arterton, U.S.D.J.


Dated at New Haven, Connecticut:    October 31, 2005