UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC., *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | Lead Docket No. |
| ) | Civil Action No. 301cv146(JBA) |
| PATRICIA WILSON-COKER, J.D., M.S.W., ) | |
| COMMISSIONER OF THE ) | |
| STATE OF CONNECTICUT ) | |
| DEPARTMENT OF SOCIAL SERVICES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**PLAINTIFFS' ERRATA STATEMENT RELATING TO OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs submit this Errata Statement in order to correct a citation in their Opposition to Defendant's Motion for Summary Judgment. The citation at the end of the carryover paragraph at the top of page 10 should read as follows: *Smith v. Resor*, 406 F. 2d 141, 145-6 (2nd Cir. 1969)(where "agencies have laid down their own procedures and regulations, those procedures and regulations cannot be ignored"); *Hansen v. Harris*, 619 F. 2d 942, 948 (2nd Cir. 1980)(Social Security Claim Manual has "relevance" in determining whether Government official committed misconduct).

November 21, 2005                    Respectfully submitted,

                                      Richard R. Brown
                                      Fed. Bar No. CT 00009
                                      Brown, Paindiris & Scott
                                      100 Pearl Street
                                      Hartford, CT 06103
                                      (860) 522-3343 (telephone)
                                      (860) 522-2490 (facsimile)

1

_____
James L. Feldesman
Kathy S. Ghiladi
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W.
Second Floor
Washington, D.C. 20036
Tel: (202) 466-8960
Fax: (202) 293-8103

Counsel for Plaintiffs

## CERTIFICATION

This is to certify that I caused a copy of the foregoing to be sent by first class mail on November 21, 2005 to:

Lauren M. Nash
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

Thomas J. Ring
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Marilyn B. Fagelson, Esq.
Murtha Cullina LLP
2 Whitney Avenue
New Haven, CT 06510

Richard R. Brown
Brown, Paindiris & Scott
100 Pearl Street
Hartford, CT 06103

_____
James L. Feldesman

3