UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC. ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | No 3:01CV146(JBA) |
| ) | |
| PATRICIA WILSON-COKER, J.D., M.S.W., ) | |
| COMMISSIONER OF THE ) | |
| STATE OF CONNECTICUT ) | |
| DEPARTMENT OF SOCIAL SERVICES ) | |
| ) | |
| *Defendant*. ) | |
| ) | MARCH 3, 2006 |

**MOTION FOR**
**DISMISSAL OF ACTION**

The plaintiff in the above captioned matter in accordance with Rule 41(a)(2), Rules of Civil Procedure, moves this Court to dismiss the above captioned matter with prejudice for the reasons which follows:

1. Plaintiff, Community Health Center, Inc. ("CHCI") commenced this action in 2001 against the Connecticut Department of Social Services ("DSS").

2. This matter was later consolidated with another matter Connecticut Primary Care Associations, Inc., et al. v. Patricia Wilson-Coker Comm. of CT Dept. of Social Services, No. 3:02CV626(JBA).

3. The defendant is the Connecticut Department of Social Services.

4. After much negotiation, the plaintiff, CHCI and the defendant, DSS, on February 28th reached an out-of-court settlement of the issues pending in this matter; both parties signed said agreement.

5. A condition of said agreement was that both parties would agree to have plaintiff withdraw this action with prejudice.

6. The defendant has no objection to this motion being granted.

7. Both parties agree that the dismissal is to be without cost to either side.

Wherefore, it is so moved.

Plaintiff, Community Health Center, Inc.

By _____
Richard R. Brown
Brown, Paindiris & Scott
100 Pearl Street
Hartford, CT 06103
Fed. Bar No. 00009
(860)522-3343 (telephone)
(860)522-2490 (facsimile)

### CERTIFICATION

This is to certify that a copy of this document was mailed, postage prepaid on March 3, 2006, to all counsel of record including:

Thomas J. Ring, A.A.G.
Office of Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Louis B. Todisco, Esq.
Marilyn B. Fagelson, Esq.
Murtha Cullina LLP.
2 Whitney Avenue
New Haven, CT 06510

James L. Feldesman, Esq.
Feldesman Tucker Leifer Fidell and Bank, LLP
2001 L Street, N.W., 2nd Floor
Washington, D.C. 20036

_____
Richard R. Brown