UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| COMMUNITY HEALTH CENTER, INC. ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | No 3:01CV146(JBA) |
| ) | |
| PATRICIA WILSON-COKER, J.D., M.S.W., ) | |
| COMMISSIONER OF THE ) | |
| STATE OF CONNECTICUT ) | |
| DEPARTMENT OF SOCIAL SERVICES ) | |
| ) | |
| *Defendant.* ) | |
| _____) | MARCH 3, 2006 |

## NOTICE OF MANUAL FILING

Please take notice that the plaintiff, Community Health Center, Inc., has manually filed a Motion for Dismissal of Action, filed on March 3, 2006. This document has not been filed electronically because undersigned counsel's law office is in the process of obtaining an appropriate I.D. and password to enable e-filing as required. Said Motion for Dismissal of Action was put on a diskette in pdf format and filed with the clerk.

The document has been manually served on all parties, as per the Certification.

                        Plaintiff, Community Health Center, Inc.

                        By _____
                              Richard R. Brown
                              Brown, Paindiris & Scott
                              100 Pearl Street
                              Hartford, CT  06103
                              Fed. Bar No. 00009
                              (860)522-3343 (telephone)
                              (860)522-2490 (facsimile)

## **CERTIFICATION**

This is to certify that a copy of this document was mailed, postage prepaid on March 3, 2006, to all counsel of record including:

Thomas J. Ring, A.A.G.
Office of Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Louis B. Todisco, Esq.
Marilyn B. Fagelson, Esq.
Murtha Cullina LLP.
2 Whitney Avenue
New Haven, CT 06510

James L. Feldesman, Esq.
Feldesman Tucker Leifer Fidell and Bank, LLP
2001 L Street, N.W., 2nd Floor
Washington, D.C. 20036

_____
Richard R. Brown