UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**COMMUNITY HEALTH CENTER, INC.** :

**v.**                           :    NO. 3:01cv146 (JBA)

**STATE OF CONNECTICUT, ET AL**  :

### ENDORSEMENT ORDER [DOC. ## 127, 113, 118]

Motion for Dismissal of Action [127] is GRANTED, with consent and without costs to either party.

In light of the above, Motions for Summary Judgment [113, 118] are DENIED as moot.

The Clerk is directed to close this case.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**    **March 7, 2006**